#1392785                                                                              1021-20275

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHORE OFFSHORE SERVICES, LLC** | **CIVIL ACTION: 18-cv-01288** |
| **VERSUS** | **SECTION "A"**<br>**JUDGE JAY C. ZAINEY** |
| **JAB ENERGY SOLUTIONS II, LLC** | **MAGISTRATE "4"**<br>**CHIEF MAGISTRATE JUDGE KAREN ROBY** |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff and Counter-Defendant, Shore Offshore Services, LLC ("Shore"), who moves for leave of Court to file the attached Supplemental and Amended Complaint ("Amended Complaint"). This is Shore's first Amended Complaint through which Shore seeks to clarify but a few factual allegations and to remove Shore's earlier demand for a jury. In its original Complaint Shore pleaded this Court's admiralty jurisdiction as an alternative basis for jurisdiction and, thereunder, now seeks to designate its claims under Rule 9(h). Shore's Amended Complaint does not add additional parties or enlarge the claims. Indeed, these are minor amendments and will not delay the progress of this case, and as explained more fully in the attached Memorandum in Support, good cause exists warranting that leave be granted.

In accordance with Local Rule 7.6 Shore has requested consent from Defendant and Counter-Plaintiff, JAB Energy Solutions II, LLC ("JAB"), whose counsel has advised that JAB objects to this requested leave. Third-Party Defendant, Modern American Recycling Services, Inc. ("MARS"), who is also represented by the undersigned, consents to this Motion.

**WHEREFORE,** for the foregoing reasons and those more fully set forth in the attached Memorandum in Support, Shore respectfully requests that this Court grant this Motion and file into the record Shore's Amended Complaint.

Respectfully submitted:

*/s/ Gavin H. Guillot*

Gavin H. Guillot, T.A. (#31760)
Elizabeth B. McIntosh (#36575)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Gavin.Guillot@pjgglaw.com
Elizabeth.McIntosh@pjgglaw.com
**ATTORNEYS FOR SHORE OFFSHORE SERVICES, LLC AND MODERN AMERICAN RECYCLING SERVICE, INC.**