#1393934                                                                                                1021-20275

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHORE OFFSHORE SERVICES, LLC** | **CIVIL ACTION: 18-cv-01288** |
| **VERSUS** | **SECTION "A"**<br>**JUDGE JAY C. ZAINEY** |
| **JAB ENERGY SOLUTIONS II, LLC** | **MAGISTRATE "4"**<br>**CHIEF MAGISTRATE JUDGE KAREN ROBY** |

## MOTION TO RECONSIDER DENIAL OF
## MOTION FOR PARTIAL SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff and Counter-Defendant, Shore Offshore Services, LLC ("Shore"), who moves for this Honorable Court to reconsider its Order and Reasons [Rec. Doc. 94] denying Shore's Motion for Partial Summary Judgment [Rec. Doc. 71] for a simple and most fundamental reason: the MSA's payment terms require payment to Shore. Shore does not dispute any aspect of the Court's ruling in this pleading, except that the ruling did not address the MSA's payment terms, instead focusing on what maritime law alone provides concerning the payment of Shore's invoices. The parties' bargained-for MSA requires that JAB pay Shore for Shore's work – independent of whether maritime law, Texas law, or any other law governs the MSA. For this reason, and to explain how this is precisely a case where the Defendant and Counter-Plaintiff, JAB Energy Solutions II, LLC ("JAB") has embellished its damages to dispute otherwise valid invoices, Shore respectfully submits that reconsideration is warranted.

**WHEREFORE,** for the foregoing reasons and those more fully set forth in the attached Memorandum in Support, Shore respectfully requests that this Court to reconsider its denial of Shore's Motion for Partial Summary Judgment and issue a Judgment in Shore's favor, ordering:

1) That JAB pay Shore's unpaid invoices nos. 202, 207, and 208, totaling $1,413,645;

2) That JAB pay legal interest on unpaid invoice no. 202 accruing from November 2, 2017 (30 days after JAB's receipt on October 3, 2017) through the date payment is remitted, and legal interest on unpaid invoice nos. 207 and 208 from November 25, 2017 (30 days after JAB's receipt on October 26, 2017) through the date payment is remitted.

Respectfully submitted:

*/s/ Gavin H. Guillot*

Gavin H. Guillot, T.A. (#31760)
Elizabeth B. McIntosh (#36575)
**PUSATERI, JOHNSTON, GUILLOT &
GREENBAUM**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Gavin.Guillot@pjgglaw.com
Elizabeth.McIntosh@pjgglaw.com
**ATTORNEYS FOR SHORE OFFSHORE
SERVICES, LLC AND MODERN
AMERICAN RECYCLING SERVICE, INC.**

2