UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHORE OFFSHORE SERVICES, LLC | CIVIL ACTION |
| VERSUS | NO: 18-1288 |
| JAB ENERGY SOLUTIONS II, LLC | SECTION: T (4) |

### ORDER

Before the Court is a Motion In *Limine*[1] filed by JAB Energy Solutions II, LLC ("JAB"). Shore Offshore Services, LLC ("Shore") and Modern American Recycling Service, Inc. ("MARS") have filed an opposition.[2] For the following reasons, the Motion In *Limine* is **GRANTED IN PART** regarding JAB's request numbers 8, 11, and 19. The Motion In *Limine* is **DENIED** in all other respects.

JAB's motion outlines 19 items to which it seeks an order precluding inclusion of evidence. The Court finds JAB's request numbers 1-7, 9-10, and 12-18 either do not provide specific examples of testimony or evidence likely to be offered at trial, are overbroad, or are simple restatements of the Federal Rules of Evidence with no specific application to this case. Because this case is scheduled for a bench trial, the need for pre-trial rulings on admissibility of evidence is significantly reduced.[3] Because the motion in *limine* fails to provide specific examples of testimony or evidence at issue, it fails to identify concrete evidentiary disputes for the Court to decide. The Court will apply the Rules of Evidence and Civil Procedure at trial. However, the

---

[1] R. Doc. 215.
[2] R. Doc. 224.
[3] *See United States v. Cardenas*, 9 F.3d 1139, 1154 (5th Cir. 1993); *Government of the Canal Zone v. Jimenez G.*, 580 F.2d 897, 897 (5th Cir. 1978).

1

Court will not issue a blanket order prohibiting evidence related to JAB's request numbers 1-7, 9-10, and 12-18.

Shore and MARS do not object to JAB's request numbers 8, 11, and 19. Therefore, the Court will grant the motion in *limine* regarding those requests.

Accordingly, **IT IS ORDERED** that the Motion In *Limine*[4] is **GRANTED** regarding JAB's request numbers 8, 11, and 19. The parties are prohibited from making any mention of any documents that have been objected to by JAB, absent a ruling from the Court. The parties are prohibited from making any reference to any political, religious or other affiliations of any party, witness, or counsel for any party in this case. Finally, the parties are prohibited from making any reference to or offering any prior testimony of any witness who is available at trial if such statements are offered for purposes other than impeachment or rebuttal, or by agreement of counsel. **IT IS FURTHER ORDERED** that the Motion In *Limine*[5] is **DENIED** in all other respects.

**New Orleans, Louisiana**, on this 23rd day of October, 2020.

                                                **GREG GERARD GUIDRY**
                                          **UNITED STATES DISTRICT JUDGE**

---

[4] R. Doc. 215.
[5] R. Doc. 215.